USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/28/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

FRANK SENIOR, ON BEHALF OF HIMSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

    Plaintiffs,

v.

JACK RABBIT CREATIONS, INC.,

    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:22-cv-5513

**NOTICE OF VOLUNTARY DISMISSAL**

**MEMO ENDORSED**

Plaintiff(s), FRANK SENIOR, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, JACK RABBIT CREATIONS, INC., with prejudice and without fees and costs.

Dated: New York, New York
September 27, 2022

**GOTTLIEB & ASSOCIATES**

*/s/Michael A. LaBollita, Esq.*

Michael A. LaBollita, Esq., (ML-9985)
150 East 18th Street, Suite PHR
New York, NY 10003
Phone: (212) 228-9795
Fax: (212) 982-6284
Michael@Gottlieb.legal

*Attorneys for Plaintiffs*

---

Application GRANTED.

The Clerk of Court is respectfully directed to terminate this case. The Clerk is further directed to amend the case caption to delete the language "on behalf of himself and all other persons similarly situated" after the individual Plaintiff's name, as this dismissal is operative only as between individual Plaintiff Frank Senior and Defendant Jack Rabbit Creations, Inc.

SO ORDERED:

_____  09/28/2022
United States District Court Judge